■ FIBERGLASS FABRICATORS, INC., Appellant, v C.O. FALTER CONSTRUCTION CORP., Respondent, et al., Defendants. (Appeal No. 1.) [984 NYS2d 914]—Appeal from an amended order of the Supreme Court, Onondaga County (John C. Cherundolo, A.J.), entered August 23, 2012. The amended order, inter alia,

dismissed the complaint of plaintiff and granted money damages to defendant C.O. Falter Construction Corp. after a nonjury trial.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Fiberglass Fabricators, Inc. v C.O. Falter Constr. Corp.* (117 AD3d 1540 [2014]). Present—Scudder, P.J., Peradotto, Carni, Lindley and Valentino, JJ.